[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-14318
Non-Argument Calendar
_____

D.C. Docket No. 3:12-cr-00211-MMH-TEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DOMINGO CASTRO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 30, 2014)

Before PRYOR, MARTIN and JORDAN, Circuit Judges

PER CURIAM:

Sylvia A. Irvin, counsel for Domingo Castro in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Castro's conviction and sentence are **AFFIRMED**.